IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WALTER C. RICHARDSON, | : | |
| Plaintiff | : | |
| VS. | : | |
| Warden T.J. CONLEY, *et al.*, | : | NO. 5:15-mc-12-CAR-CHW |
| Defendants | : | **O R D E R** |

Plaintiff Walter C. Richardson, presently an inmate at Central State Prison, filed a motion to appoint counsel on or about September 4, 2015. (ECF No. 1). The Clerk's Office opened Plaintiff's motion as miscellaneous case, 5:15-mc-12-CAR-CHW. Several months later, Plaintiff filed a motion for leave to proceed *in forma pauperis*. (ECF No. 2).

Since filing these two motions, Plaintiff has filed a civil rights complaint under 42 U.S.C. § 1983. *Richardson v. Conley*, 5:16-cv-96-MTT-MSH. The Defendants in both the miscellaneous and civil actions are identical. Because of the Court's interest in conserving judicial resources, Plaintiff's outstanding motions should be docketed in case 5:16-cv-96, and this case should be closed. Accordingly, the Court hereby **DIRECTS** as follows: (1) Plaintiff's two pending motions in the instant case, 5:15-mc-12, be docketed into case 5:16-cv-96; and (2) The instant case, 5:15-mc-12, be administratively closed.

**SO ORDERED**, this 11th day of August, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE